## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

**ERIK HAMILTON**                                                                                    **PETITIONER**

v.                                            **CIVIL ACTION NO. 3:09CV-P594-H**

**LADONNA THOMPSON** *et al.*                                          **RESPONDENTS**

### ORDER

For the reasons set forth in the Memorandum Opinion entered this date and being otherwise sufficiently advised, **IT IS HEREBY ORDERED** that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED** and that the action is **DISMISSED.**

**IT IS HEREBY FURTHER ORDERED** that a certificate of appealability is **DENIED**. 28 U.S.C. § 2253(c); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). This Court **certifies** that an appeal would be frivolous and therefore not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

The petitioner shall direct any further request for certificate of appealability or appeal *in forma pauperis* to the Sixth Circuit Court of Appeals pursuant to the requirements of Fed. R. App. P. 22(b) and 24, respectively.

There being no just reason for delay in its entry, this is a final and appealable order.

Date:

cc:     Petitioner, *pro se*
        Respondents
        Attorney General, Commonwealth of Kentucky, Office of Criminal Appeals, 1024 Capital Center Drive,
        Frankfort, KY 40601
4412.010